```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| GRISSELLE GONZALEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>ILMIA BANO CHOUDHARY, M.D., et al.,<br><br>           Defendants. | Civil No. 08-76-JHR-AMD |

## SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS this **25th** day of **November 2008,** hereby **ORDERED:**

1. The Court will conduct oral argument on plaintiff's motion to compel [#21] on **December 5, 2008 at 12:30 P.M.** in Courtroom 3B.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**


                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    United States Magistrate Judge

cc:  Hon. Joseph H. Rodriguez